# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION -- LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 5:09-02-KKC |
| Plaintiff, | |
| V. | OPINION AND ORDER |
| KEITH ANTHONY GRIFFITH, JR. | |
| Defendant. | |

\* \* \* \* \* \* \* \*

This matter is before the Court on a letter by defendant Keith Anthony Griffith, Jr. (DE 174) in which he requests the Court to "expedite the application of the extra 84 good time days allowed through the First Step Act." That Act, which was enacted December 21, 2018, amended 18 U.S.C. § 3624(b)(1) to change how "good-time credits" are calculated by increasing the maximum allowable days from 47 to 54 per year.

There are a few problems with Griffith's request. First, he states that he has "started" the administrative remedy process with the Bureau of Prisons. He must complete that process before this Court can do anything regarding his good-time credits. *Fazzini v. Ne. Ohio Corr. Ctr.*, 473 F.3d 229, 231 (6th Cir. 2006). If after completing the BOP's procedures, Griffith believes the BOP has calculated his good-time credits incorrectly, he can then file a petition here under 28 U.S.C. § 2241, asking the Court to review the BOP's calculation.

Second, the provision of the First Step Act that provides for a possible increase in good-time credits has not taken effect yet. The changes to the good-time credit calculation do not go into effect until the Department of Justice completes and publicly releases a "risk and needs assessment system." First Step Act of 2018, PL 115-391, § 102(b)(2), 132 Stat 5194. And the DOJ is not required to complete that system until 210 days after December 21, 2018, the date the Act was signed. First Step Act of 2018, PL 115-391, § 101(a), 132 Stat 5194.

For all these reasons, the Court hereby ORDERS that Griffith's request (DE 174) for the Court to "expedite the application" of good-time credits is DENIED.

Dated March 13, 2019.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY